ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| DISYS Solutions, Inc. | ) ASBCA No. 64554 |
| | ) |
| Under Contract No. SP4701-25-F-0167 | ) |

APPEARANCE FOR THE APPELLANT:  Mr. Vinu Luthra
    CEO

APPEARANCES FOR THE GOVERNMENT:  Steven M. Sosko, Esq.
    DLA Chief Trial Attorney
    Deanna Y. Everett, Esq.
    Trial Attorney
    DLA Energy
    Fort Belvoir, VA

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket without prejudice.

Dated: June 24, 2026

OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64554, Appeal of DISYS Solutions, Inc., rendered in conformance with the Board's Charter.

Dated: June 24, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals